[No. 32857-1-III.  Division Three.  October 1, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFERY ROBERT MAY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-01296-6, Richard H. Bartheld, J., entered October 9, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 32963-1-III.  Division Three.  October 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY CAMPOS-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 13-1-00097-4, John Hotchkiss, J., entered November 20, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 33232-2-III.  Division Three.  October 1, 2015.]

NINA M. FIREY, *Appellant*, v. NICOLASSA OROZCO ET AL., *Defendants*, TAMMIE MYERS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-2-01498-1, Nelson E. Hunt, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 72317-1-I.  Division One.  October 5, 2015.]

BORDAK BROTHERS, INC., *Plaintiff*, v. PACIFIC COAST STUCCO, LLC, *Defendant*.

LEDCOR INDUSTRIES (USA), INC., *Appellant*, v. SQI, INC., ET AL., *Defendants*, STARLINE WINDOWS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-29583-4, Roger Rogoff, J., entered May 14, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Appelwick, J.